## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **NELDA WEBB**, by and through her Power of Attorney, **MARTHA TOWE** | ) ) ) ) |
| Plaintiff, | ) ) ) No. 1:18-cv-47-GNS |
| **CRACKER BARREL OLD COUNTRY STORE, INC.**, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

1. The above-named plaintiff on March 27, 2018, filed her Complaint in the Simpson County Circuit Court in Kentucky, against the above-named defendant bearing docket number 18-CI-00094.

2. A copy of the Summons and Complaint, which were served upon the defendant through its registered agent for service of process are attached hereto and filed herewith. These are all of the process, pleadings and orders which have been served upon this defendant.

3. Plaintiff was at the time of the commencement of said action and still is a citizen and resident of the State of Kentucky and of no other state.

4. Defendant Cracker Barrel Old Country Store, Inc. was at the time of the commencement of said action and still is a corporation organized under the laws of the State of Tennessee and of no other state, with its principal place of business in Lebanon, Tennessee.

5. By reason of Plaintiff's pre-filing claim of medical billings in excess of $100,000.00, the amount in controversy in said action exceeds the sum or value of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) exclusive of interest and costs.

6. This cause of action is wholly between the citizens of different States; is within the jurisdiction of this Court, pursuant to the provisions of 28 U.S.C. 1332; and is removable to this Court pursuant to the provisions of 28 U.S.C. 1441.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays this Court accept this Notice and proceed with the action in accordance with law.

Respectfully submitted,

**LAW OFFICE OF MATTHEW J. BAKER**

**By:** **/s/Matthew J. Baker**
**Matthew J. Baker**
*Attorney for Cracker Barrel*
911 College Street, Suite 200
Bowling Green, KY 42101-2183
Tel: (270) 746-2385
Email: mbakerlaw@bellsouth.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via U.S. Mail, postage prepaid, this 13th day of April, 2018, to:

Gary S. Logsdon
*Attorney for Plaintiff*
101 Main Cross Street
P.O. Box 382
Brownsville, KY 42210
*gary@garylogsdonlaw.com*

John Thomas Feeney
*Attorney for Cracker Barrel*
424 Church Street, Suite 2230
P.O. Box 198685
Nashville, TN 37210
*jtf@feeneymurray.com*


　　　　　　　　**/s/Matthew J. Baker**
　　　　　　　　**Matthew J. Baker**