

# Service of Process Transmittal

04/05/2018
CT Log Number 533100731

**TO:** Rich Wolfson, General Counsel
Cracker Barrel Old Country Store, Inc.
PO Box 787
Lebanon, TN 37088-0787

**RE:** **Process Served in Kentucky**

**FOR:** Cracker Barrel Old Country Store, Inc.  (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NELDA WEBB, by and through her Power of Attorney (POA) MARTHA TOWE, Pltf. vs. Cracker Barrel Old Country Store, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Power of Attorney |
| **COURT/AGENCY:** | Simpson County Circuit Court, KY<br>Case # 18CI00094 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - April 6, 2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/05/2018 postmarked on 04/03/2018 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Gary S. Logsdon<br>Gary S. Logsdon & Associates, P.S.C.<br>101 Main Cross Street<br>PO Box 382<br>Brownsville, KY 42210<br>270-597-2134 |
| **REMARKS:** | Documents were served upon the Kentucky Secretary of State on 04/02/2018 and forwarded to CT Corporation. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/06/2018, Expected Purge Date: 04/11/2018<br><br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / DP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



FIRST-CLASS MAIL
neopost
04/03/2018
ZIP 40601
041M12250797
$007.620

CERTIFIED MAIL

7017 3380 0000 1607 3220

**Kentucky** UNBRIDLED SPIRIT

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ REGISTER TO VOTE

CRACKER BARREL OLD COUNTRY STORE
CT CORPORATION
306 W. MAIN STREET, STE 512
FRANKFORT, KY 40601



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

April 2, 2018

CRACKER BARREL OLD COUNTRY STORE
CT CORPORATION
306 W. MAIN STREET, STE 512
FRANKFORT, KY 40601

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 18-CI-00094

COURT: Circuit Court Clerk
Simpson County
101 N. Court St.
Franklin, KY 42134
Phone: (270) 586-4241

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00094**<br>Court:   **CIRCUIT**<br>County: **SIMPSON** |

*Plantiff,* **WEBB, NELDA VS. CRACKER BARREL OLD COUNTRY STORE**, *Defendant*

TO:   **CT CORPORATION**
      **306 W. MAIN STREET, STE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is CRACKER BARREL OLD COUNTRY STORE



The Commonwealth of Kentucky to Defendant:
**CRACKER BARREL OLD COUNTRY STORE**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

      /s/ Mary Thomas Vincent, Simpson Circuit Clerk
      Date: **03/27/2018**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____                     _____
                                                                 Served By

                                                                                _____
                                                                                          Title

---

Summons ID: 9375676895335@00000066240
CIRCUIT: 18-CI-00094 Long Arm Statute – Secretary of State
WEBB, NELDA VS. CRACKER BARREL OLD COUNTRY STORE

          Page 1 of 1                    eFiled

Package:000002 of 000010
Presiding Judge: HON. JANET J. CROCKER (649250)
Package : 000002 of 000010

| | | | |
|---|---|---|---|
| Filed | 18-CI-00094 | | Mary Thomas Vincent, Simpson Circuit Clerk |
| A true copy attest | 18-CI-00094 | 03/27/2018 | /s/Mary Thomas Vincent, Simpson Circuit Clerk |

**COMMONWEALTH OF KENTUCKY**
**SIMPSON CIRCUIT COURT**
Civil Action No. 18-CI-00094

A COPY ATTEST:
MARY THOMAS VINCENT, CLERK
SIMPSON CIRCUIT-DISTRICT COURT
ENTERED 03-27-2018
BY: _____ D.C.

NELDA WEBB, by and through her Power of Attorney (POA)
MARTHA TOWE          PLAINTIFF

vs.

(Filed Electronically)
**COMPLAINT**

CRACKER BARREL OLD COUNTRY STORE, INC.      DEFENDANT

serve:     C T Corporation System
            306 W. Main Street, Suite 512
            Frankfort, KY 40601

through:    Secretary of State
            Commonwealth of Kentucky Capital Building
            Frankfort, KY 40601

**NOTICE OF COMPLIANCE WITH KRS 411.188**

Plaintiff, by and through her attorneys, will notify the following parties who may hold subrogation rights in this matter:

Medicare:

(QIC/ALJ)MSPRC – NGHP
P.O. Box 138832
Oklahoma City, OK 73113

Anthem BC/BS:

The Rawlings Company
One Eden Parkway
LaGrange, KY 40031

| | | | |
|---|---|---|---|
| Filed | 18-CI-00094 | 03/27/2018 | Mary Thomas Vincent, Simpson Circuit Clerk |
| A true copy attest | 18-CI-00094 | 03/27/2018 | /s/Mary Thomas Vincent, Simpson Circuit Clerk |

Presiding Judge: HON. JANET J. CROCKER (649250)
Package: 000003 of 000010

Filed    18-CI-00094                 Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

If you are a party listed above, who is believed to hold subrogation rights in this matter, please note that a failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, will result in a loss of those rights with regard to any final reward received by the Plaintiff.

## PARTIES, JURISDICTION & VENUE

1. The Plaintiff, Nelda Webb, by and through POA Martha Towe, see copy of recorded POA attached as Exhibit "A") is a citizen and resident of Brownsville, Edmonson County, Kentucky.

2. The Defendant, Cracker Barrel Old Country Store, Inc. (hereinafter referred to as Cracker Barrel) was a Foreign corporation which is doing business within the Commonwealth of Kentucky by virtue of which Summons should be issued for this Defendant and served upon the Secretary of State, Commonwealth of Kentucky, Capital Building, Frankfort, KY 40601 for service upon its agent for process, C T Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

3. Plaintiff's claims exceed the jurisdictional minimum of this Court. Pursuant to KRS Chapters 23A and 452, both jurisdiction and venue are proper in the Simpson Circuit Court, Simpson County, Kentucky.

## FACTS

4. On or about April 6, 2017, Plaintiff was a business invitee of Cracker Barrel located at 155 Steele Rd, Franklin, Simpson County, KY 42134 when she slipped and fell, sustaining severe and permanent bodily injuries. Plaintiff's fall and subsequent injuries were directly and proximately caused by the Defendant's negligent failure to maintain its premises in a safe and hazard free condition so as to protect the health and wellbeing of its business invitees/customers. Defendant's negligence was a substantial factor in causing Plaintiff's injuries referenced herein

Filed    18-CI-00094    03/27/2018    Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

Filed          18-CI-00094                    Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

5. As a direct and proximate result of this fall, Plaintiff has incurred among other items of damages, medical treatment, inconvenience, pain and suffering, increased likelihood of future injury and she will continue to suffer such damage in the future all of which is more fully pled hereinafter.

## COUNT I: NEGLIGENCE

6. Plaintiff hereby incorporates by reference as fully set forth herein the allegations set forth above.

7. Defendant and/or by and through its agents, servants, and/or employees, owed a duty to Plaintiff to provide her and all business invitees to maintain its aforementioned premises, including sidewalks, entrances and exits, in a reasonably safe condition. Additionally, Defendant owed Plaintiff a duty to provide adequate warnings of hazardous conditions.

8. Defendant by and through its agents, servants, and/or employees, negligently failed to perform its duty/duties by failing to properly maintain, clean, remove, clear the aforementioned premises allowing or causing the premises, including walkways, entrances and exits to become unsafe and hazardous for use by the Plaintiff, and as a direct and proximate result of the defendant's breach of its duties to remove all dangerous conditions and hazards, the Plaintiff sustained a fall resulting in the injuries complained of herein.

9. The Defendants failed to comply with the standard of care owed to Plaintiff, thus directly and proximately causing the Plaintiff's injuries. The negligent conduct of the Defendant was a substantial factor in causing the Plaintiff's injuries.

10. That as a direct and proximate result of Defendant's negligence, Plaintiff sustained temporary and permanent injuries causing great physical and mental pain and anguish, the loss of

Filed          18-CI-00094    03/27/2018    Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

Package:000005 of 000010
Presiding Judge: HON. JANET J. CROCKER (649250)
Package : 000005 of 000010

Filed            18-CI-00094                         Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018      /s/Mary Thomas Vincent, Simpson Circuit Clerk

enjoyment of life and the loss of her ability to enjoy normal daily activities, and she will continue to suffer such damage in the future, her injuries being permanent in nature; that she is subject to increased risk of future harm; and that she has incurred large sums of money for physicians and medical expenses in treatment of said injuries.

### COUNT II: RESPONDEAT SUPERIOR

11. Plaintiff hereby incorporates by reference as if fully set forth herein the allegations set forth above.

12. Defendant is liable for the torts, including negligence, of its agents, servants and/or employees when those torts are committed during the scope of and in furtherance of the employment.

### COUNT III: PRE- AND POST-JUDGMENT INTEREST

13. Plaintiff hereby incorporates by reference as if fully set forth herein the allegations set forth above.

14. To the extent that Plaintiff may be entitled to pre- and/or post-judgment interest for any award against any named or referenced party herein, such claims are hereby made.

**WHEREFORE**, the Plaintiff, Nelda Webb, by and through POA Martha Towe, demands judgment as follows:

1. For such sums of money as shall compensate Plaintiff for past and future medical bills and medical expenses, including incidental and/or consequential damages incurred as a result of seeking said medical treatment;

Presiding Judge: HON. JANET J. CROCKER (649250)
Package:000006 of 000010

Filed            18-CI-00094    03/27/2018          Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018     /s/Mary Thomas Vincent, Simpson Circuit Clerk

Filed            18-CI-00094                          Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018      /s/Mary Thomas Vincent, Simpson Circuit Clerk

2. For such sums of money as shall compensate Plaintiff for past, present and future damages for the increased likelihood of future harm or injury due to the direct injury complained of herein;

3. For such sums of money as shall compensate Plaintiff for past, present and future mental and physical pain and suffering, permanent impairment of bodily function and the loss of the enjoyment of life;

4. For Plaintiff's costs expended herein, including expert witness;

5. For an award of both pre- and post-judgment interest;

6. For a trial by jury; and

7. For any and all other relief to which Plaintiff may be deemed entitled.

Respectfully submitted,

This, the 27th day of March, 2018.

GARY S. LOGSDON & ASSOCIATES, P.S.C.

/s/ Gary S. Logsdon
_____
GARY S. LOGSDON
101 Main Cross Street
PO Box 382
Brownsville, KY 42210
P: (270) 597-2134
gary@garylogsdonlaw.com

Package:000007 of 000010
Presiding Judge: HON. JANET J. CROCKER (649250)
Package : 000007 of 000010

Filed            18-CI-00094    03/27/2018          Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018     /s/Mary Thomas Vincent, Simpson Circuit Clerk

Filed            18-CI-00094                    Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, Nelda Webb, a resident of Washington Street, Brownsville, Edmonson County, Kentucky, 42210 do hereby make, constitute and appoint my daughter, Martha Webb Towe, a resident of ~~301 Maryland Avenue~~ ~~20 Hightower Ct.~~ NEW ADDRESS: 600 FAIRWAY ST, 42103, Bowling Green, Warren County, Kentucky ~~42101~~, to be my true and lawful attorney for me and in my name, place and stead:

    1. To receive, take, receipt for and hold in possession, manage and control all property, both real and personal, which I now or may hereafter own, hold possess or be or become entitled to with full power to sell, mortgage or pledge, assign, transfer, invest and reinvest the same or any part thereof in forms of investment, including bonds, notes and other obligations of the United States deemed prudent by said attorney in fact in her discretion, with full power to retain the same without liability for loss or depreciation thereof.

    2. To demand, sue for, collect, recover and receive all debts, monies, interest and demands whatsoever now due or that may hereafter be or become due to me (including the right to institute legal proceedings therefor.).

    3. To make, execute, deliver deeds, releases, conveyances and contracts of every nature in relation to both real and personal property, including stocks, bonds, contracts of indemnity and insurance.

    4. To make, execute and deliver and endorse notes, drafts, checks and order for the payment of money or other property from or to me or order in my name.

    5. To have access to my safe deposit boxes, act as my proxy with power of substitution to vote all stocks or securities in my name in relation to any individual or corporate action, to deposit any stocks or securities in connection with any plans or prospective or reorganization committees, to accept and exercise all rights, to subscribe for securities and to sell same.

    6. To receive and receipt for all rents and income to which I am or may become entitled, pay therefrom all necessary expenses for the maintenance, upkeep, care and protection of my property, deduct therefrom her own

Filed            18-CI-00094      03/27/2018       Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest    18-CI-00094    03/27/2018    /s/Mary Thomas Vincent, Simpson Circuit Clerk

Filed         18-CI-00094                    Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest  18-CI-00094  03/27/2018  /s/Mary Thomas Vincent, Simpson Circuit Clerk

reasonable compensation, and pay the net income from time to time to me or in such manner as I shall direct or in the absence of such payment to me or at my discretion, to invest the same in her judgment in the manner above directed.

7. To prepare, execute and file federal or state income tax returns and other real and personal property tax lists and to pay all such taxes.

8. In the event of my illness, incapacity or other emergency, to incur and pay and satisfy such expenses and obligations for my comfort, benefit and care and obligations of a nature customarily incurred by me and in her judgment they may consider necessary or desirable. In the event of my illness or incapacity, Martha Webb Towe, shall have full right, power and authority to make medical decisions in my stead concerning my health and well-being and the prolonging of my life, and this power shall include but is not limited to decisions regarding my medical treatment by my physicians, and whether my physicians should or should not use cardiopulmonary resuscitation, mechanical breathing devices, artificial nutrition and hydration, major surgery, minor surgery, kidney dialysis, chemotherapy, invasive diagnostic testing, receipt of blood or blood products, antibiotics or any other drug to fight infection, simple diagnostic tests, such as blood tests or x-rays and the administration of pain medication or any other medication, even if they dull consciousness and indirectly shorten my life.

9. To do and perform all acts necessary or incidental to the carrying out of the powers conferred and at my death to pay, transfer and deliver over to my legal representative all principal and income then in her possession.

10. I hereby further grant unto my said attorney in fact full power in and concerning the above premises to do any and all acts as set forth above as full as I could do if I were personally present, and I do ratify and confirm whatever my said attorney in fact shall lawfully do under these premises.

11. This power of attorney shall become effective immediately and shall not be affected by the disability of the principal, this provision being made pursuant to KRS 386.093.

Filed         18-CI-00094   03/27/2018   Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest  18-CI-00094  03/27/2018  /s/Mary Thomas Vincent, Simpson Circuit Clerk

Presiding Judge: HON. JANET J. CROCKER (649250)
Package : 000009 of 000010

Filed                18-CI-00094                           Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest   18-CI-00094        03/27/2018         /s/Mary Thomas Vincent, Simpson Circuit Clerk

IN WITNESS WHEREOF, I have hereunto set my hand and signature this the 14th day of February, 1994.

*Nelda Webb*
Nelda Webb

STATE OF KENTUCKY
COUNTY OF EDMONSON

I, a notary public in and for the state and county aforesaid, do hereby certify that the foregoing power of attorney was produced and executed before me by Nelda Webb who is personally known to me and was acknowledged by her in my presence to be her voluntary act and deed.

Witness my signature on this the 14 day of February 1994.

My commission expires 9/24/94.

*Pat Wilson*
Notary Public, KY at Large

SPECIMEN SIGNATURE OF
ATTORNEY IN FACT:

*Martha Webb Towe*
MARTHA WEBB TOWE
SSN: 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

THIS INSTRUMENT PREPARED BY:

*Gary S. Logsdon*
Gary S. Logsdon
Attorney at Law
P. O. Box 382
Brownsville, KY 42210
502-597-2134
D:\poa

EDMONSON COUNTY
RECORDED
MISC 15   PAGE 53

STATE OF KENTUCKY  } Sct.   AMOUNT PAID $ 8.50
EDMONSON COUNTY    }

I, Richard Sanders, Clerk of Edmonson County Court, do certify that the foregoing instrument was this 16 of FEBRUARY at 10:56am lodged to be and is, with this and the foregoing certificate duly recorded in my office.
Given under my hand this 16 day of FEBRUARY 19 94.
RICHARD SANDERS, CLERK
By _____, D.C.

Filed                18-CI-00094        03/27/2018         Mary Thomas Vincent, Simpson Circuit Clerk
A true copy attest   18-CI-00094        03/27/2018         /s/Mary Thomas Vincent, Simpson Circuit Clerk