UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00047-GNS

**NELDA WEBB**                                                                                      **PLAINTIFF**

v.

**CRACKER BARREL OLD COUNTRY STORE, INC.**                        **DEFENDANT**

## ORDER

  A telephonic conference was held on August 19, 2020, with the undersigned presiding. Participating in the call were Timothy L. Stevenson for the Plaintiff, and John T. Feeney and Matthew James Baker for the Defendant. These proceedings were not recorded.

  **IT IS HEREBY ORDERED** as follows:

  1. **No later than December 20, 2020**, counsel for the parties shall file a final list of witnesses, including designations of those portions of any depositions intended to be used at trial pursuant to Fed. R. Civ. P. 32(a)(1), (3), and (4), and a final list of exhibits, including charts, drawings, reproductions, tangible objects and documents, which are to be used in any manner during trial, regardless of whether or not the item is to be offered into evidence. Intention to offer any such item into evidence shall be specifically stated. Such item shall be produced for inspection at the same time. All medical depositions for use at trial must be taken by this date.

  2. **No later than December 30, 2020**, counsel for the parties shall file deposition counter-designations pursuant to Fed. R. Civ. P. 32(a)(6).

  3. All motions in limine, including any objections to any witness, deposition designations, or deposition counter-designations, or exhibit, shall be filed **on or before January 6, 2021**. Where practicable, copies of exhibits to which objection is made shall be filed with the objections. If no objections are filed, the parties will be deemed to have waived any objection to use at trial and will be further deemed to have waived any objection as to the authenticity and admissibility of any item which is to be offered into evidence. Attention of counsel is drawn to Local Rule 83.10 regarding marking and designation of trial exhibits.

  In the absence of good cause shown, no witness shall be permitted to testify and no exhibit, chart or testimony shall be admitted into evidence, except upon compliance with the conditions of this Order.

    4.    **No later than January 13, 2021**, counsel shall file all responses to any motions in limine or objections filed. There will be no replies.

    5.    **No later than January 20, 2021**, counsel shall:
        A.    File and serve a concise trial brief to assist the Court as to the factual issues and any unresolved legal issues which may be reasonably anticipated to arise at trial. The Plaintiff is directed to include an itemization of her special damages and the last settlement demand. The Defendant is directed to include its last settlement offer.
        B.    File and serve final proposed jury instructions; and
        C.    File and serve proposed questions for voir dire.

    6.    This matter is set for a **final pretrial conference** on **February 3, 2021**, at **9:30 AM CDT**, U.S. Courthouse, Bowling Green, Kentucky. The parties and counsel are required to be present.

    7.    This matter is set for a **trial by jury** on **March 16, 2021**, at **9:00 AM CDT**, U.S. Courthouse, Bowling Green, Kentucky. The expected length of trial is three days. **Counsel and parties shall be in court at 8:30 AM CDT the morning of trial prior to jury selection.**

    8.    At the commencement of trial, counsel shall furnish to the official court reporter a list of premarked exhibits intended for use at the trial.

    9.    Counsel are also advised that if the parties reach a settlement in this action, the **Court is to be notified no later than 4:00 PM CDT on March 15, 2021**, or jury costs will be assessed.

Greg N. Stivers, Chief Judge
United States District Court

August 20, 2020

cc:    Counsel of Record

BG 0|05